IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ALEC CHRISTOPHER BENNETT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>　　　　Defendant. | Civil Action No.: 4:24-cv-00171-Y<br><br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Alec Christopher Bennett and Defendant Trans Union, LLC ("Trans Union"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant Trans Union as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: May 15, 2024,　　　　　　　　*/s/Beth K. Findsen*
　　　　　　　　　　　　　　　　　　　Beth K. Findsen, TX No. 24002679
　　　　　　　　　　　　　　　　　　　**CONSUMER ATTORNEYS**
　　　　　　　　　　　　　　　　　　　8245 N. 85th Way
　　　　　　　　　　　　　　　　　　　Scottsdale, AZ 85258
　　　　　　　　　　　　　　　　　　　T: 602-807-6676
　　　　　　　　　　　　　　　　　　　F: 718-715-1750
　　　　　　　　　　　　　　　　　　　E: bfindsen@consumerattorneys.com

　　　　　　　　　　　　　　　　　　　Shawn Jaffer
　　　　　　　　　　　　　　　　　　　**JAFFER & ASSOCIATES, PLLC**
　　　　　　　　　　　　　　　　　　　5757 Alpha Rd, Suite 580
　　　　　　　　　　　　　　　　　　　Dallas, TX 75240

       T: 214-945-0000
       F: 888-509-3910
       E: shawn@jaffer.law

       *Attorneys for Plaintiff Alec Christopher Bennett*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: <u>*/s/ Susan Allsopp*</u>