IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALEC CHRISTOPHER BENNETT | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CV-171-Y |
| | § | |
| TRANS UNION LLC | § | |

<u>FINAL JUDGMENT</u>

In accordance with the Stipulation of Dismissal with Prejudice (doc. 13) filed on June 11, 2024, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring them.

SIGNED July 3, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

<u>FINAL JUDGMENT - Page Solo</u>
TRM/chr